# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

ANGELA SCHUNCEY RICHARDSON
ADC #712575                                                                                      PLAINTIFF

v.                              Case No. 1:17-cv-00084-KGB/JTR

WENDY KELLEY, Director
Arkansas Department of Correction, *et al*.                                           DEFENDANTS

## ORDER

The Court has received the Recommended Partial Disposition and Supplemental Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. Nos. 18, 32). The Recommended Partial Disposition recommends that plaintiff Angela Schuncey Richardson's retaliation claim against separate defendant Tami Jo Aikin, in her individual capacity, be allowed to proceed but recommends that Ms. Richardson's claims against each other defendant be dismissed without prejudice (Dkt. No. 18). Ms. Richardson filed an untimely objection to the Recommended Partial Disposition (Dkt. No. 22). The Supplemental Recommended Disposition recommends that Ms. Aiken's motion for summary judgment be granted and, therefore, that Ms. Richardson's retaliation claim against Ms. Aiken, in her individual capacity, be dismissed without prejudice for failure to exhaust administrative remedies (Dkt. No. 32). Ms. Richardson has not filed objections to the Supplemental Recommended Disposition, and the time to do so has passed.

Under the Federal Rules of Civil Procedure, "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations," and the reviewing district court "must determine de novo any part of the magistrate judge's disposition that has been *properly* objected to." Fed. R.

Civ. P. 72(b)(2)-(3) (emphasis added). Ms. Richardson's untimely objection to the Recommended Partial Disposition does not object specifically to any portion of the Recommended Partial Disposition (Dkt. No. 22). Instead, in her objection, filed on January 19, 2018, she asks for more time to prepare objections to the Recommended Partial Disposition (*Id*.). In the intervening months, Ms. Richardson has not filed any other documents relating to the Recommended Partial Disposition, although she did file a response to Ms. Aiken's motion for summary judgment (Dkt. No. 30). Accordingly, the Court finds that Ms. Richardson has not properly objected to the Recommended Partial Disposition.

As there are no timely or proper objections to the Recommended Partial Disposition or the Supplemental Recommended Disposition, this Court adopts them as this Court's findings in all respects. Accordingly, the Court grants Ms. Aiken's motion for summary judgment and dismisses without prejudice Ms. Richardson's claims against Ms. Aiken, in her individual capacity (Dkt. No. 26). The Court also dismisses without prejudice Ms. Richardson's claims against Ms. Aiken in her official capacity. Finally, the Court dismisses without prejudice Ms. Richardson's claims against defendants Mytris Stone, Wendy Kelley, Dexter Payne, D. Golden, Jenny Long, Clara Robinson, Roger Leon Ayers, Coach Spence, Sergeant Harmon, Sergeant Seymore, Angela Freeman, Maurice Culclager, Anita Rudd, Corporal Kersey, G. Cox, Chad Davis, Chris Johnson, Lieutenant Chapman, Corporal Jarrett, L. Dunavion, and Jada Lawrence, both in their official and individual capacities. Accordingly, the Court dismisses Ms. Richardson's action in its entirety.

It is so ordered this 31st day of August, 2018.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge